# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : No. 1:10-cr-0265 |
| v. | : |
| | : (Judge Kane) |
| | : |
| **DOUGLAS SMUCK** | : |
| | : |

## ORDER

**AND NOW**, on this 22nd day of August 2019, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Douglas Smuck's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 48) is **DENIED**;

2. A certificate appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** civil case number 1:16-cv-00881.

                                             s/ Yvette Kane
                                             Yvette Kane, District Judge
                                             United States District Court
                                             Middle District of Pennsylvania